# United States Bankruptcy Court
## Western District of Virginia

In re  James Lee Mason, Jr  
Catherine Duff Mason                                Debtor(s)

Case No. **11-62377**  
Chapter **13**

# MOTION TO CONVERT A CASE UNDER CHAPTER 13 TO A CASE UNDER CHAPTER 7

Pursuant to 11 U.S.C. § 1307(a), the above-named Debtor(s) requests that this court enter an Order converting this case under Chapter 13 to a case under Chapter 7 of the Bankruptcy code (title 11 of the United States Code), on the grounds set forth below.

1. On **September 22, 2011**, the above-named Debtor(s) filed a Voluntary Petition under Chapter 13 of the Bankruptcy Code.

2. This case has not been previously converted.

WHEREFORE, Debtor(s) prays for an Order converting this case under Chapter 13 to Chapter 7 of the Bankruptcy Code.

Date **September 23, 2011**    Signature **/s/ Catherine Duff Mason**

Debtor